IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KRISTIN HICKMAN,  §<br>§<br>Plaintiff,  §<br>§<br>v.  §<br>§<br>CHEVRON PHILLIPS CHEMICAL CO.,  §<br>LP  §<br>§<br>Defendant.  § | | CIVIL ACTION NO.<br>_____<br>(State Cause No. 2022-43784) |

## NOTICE OF REMOVAL

Chevron Phillips Chemical Company LP ("Chevron Phillips Chemical" or "Defendant"), incorrectly named Chevron Phillips Chemical Co., LP, files this Notice of Removal ("Notice") pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, and removes the sex/gender discrimination and retaliation lawsuit captioned *Kristin Hickman v. Chevron Phillips Chemical Co., LP,* Cause No. 2022-43784, in the 215th Judicial District Court of Harris County, Texas ("the State Court Lawsuit"). In support of this removal, Chevron Phillips Chemical submits this Notice and respectfully shows as follows:

1. Plaintiff Kristin Hickman ("Hickman" or "Plaintiff") filed the State Court Lawsuit on or about July 21, 2022 alleging sex/gender discrimination and retaliation under Title VII of the Civil Rights Act of 1964 and the Texas Labor Code. *See* Exhibit A. Hickman specifically asserts that "Defendant violated Title VII of the Civil Rights Act of 1964 and the Texas Labor Code" by terminating her employment. *See* Exhibit A at ¶¶47 and 55.

2. Hickman filed her First Amended Original Petition against Chevron Phillips Chemical on August 16, 2022, amending the Petition to drop and dismiss Chevron Phillips

Chemical Co., LLC as a defendant and to add Chevron Phillips Chemical Company LP as the only named defendant.  *See* Exhibit B.

3.  Chevron Phillips Chemical first received notice of Hickman's Original Petition to initiate a lawsuit on July 28, 2022 when she served Chevron Phillips Chemical Co., LLC.[1]  *See* Exhibit C.  Therefore, this removal is timely because thirty (30) days have not expired since notice and service took place.  *See* 28 U.S.C. §1446(b)(1).

4.  Chevron Phillips Chemical filed its Answer and Affirmative and Other Defenses to Hickman's First Amended Petition on August 19, 2022. *See* Exhibit D.

5.  Plaintiff's Title VII claim is one over which this Court has original federal question jurisdiction under 28 U.S.C. §1331, which states that "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treatises of the United States."  Thus, Chevron Phillips Chemical may and hereby does remove this case pursuant to 28 U.S.C. §§1441 and 1446.

6.  Removal to the United States District Court for the Southern District of Texas, Houston Division, under 28 U.S.C. §§1441(a) and 1446(a) is proper because this district and division embrace the 215th Judicial District Court of Harris County, Texas, the forum in which the removed action was filed and pending.

7.  In accordance with Local Rule 81, attached hereto as Exhibit E is a copy of the docket sheet from the State Court lawsuit.[2]

---

[1] Hickman originally named and served Chevron Phillips Chemical Co., LLC in her Original Petition, but the Parties conferred and agreed that Hickman would drop Chevron Phillips Chemical Co., LLC and add Chevron Phillips Chemical Company LP as the proper defendant, in exchange for Chevron Phillips Chemical Company LP's agreement to make an appearance.
[2] Chevron Phillips Chemical is not aware of any signed orders in the State Court Lawsuit.

8.	Pursuant to Local Rule 81(6), Chevron Phillips Chemical provides a list of all counsel of record, including their addresses, telephone numbers and parties represented. *See* Exhibit F.  In addition, in accordance with Local Rule 81(5), Chevron Phillips Chemical attaches an Index of the documents being filed with this Notice of Removal. *See* Exhibit G.

9.	There are no other defendants named in this lawsuit from whom consent is required.[3]

10.	Pursuant to 28 U.S.C. §1446(d), Chevron Phillips Chemical will file a copy of this Notice with the 215th Judicial District Court of Harris County, Texas. Chevron Phillips Chemical will also provide Plaintiff with written notice of this filing and the notice it files in the State Court Lawsuit.

Dated August 24, 2022.

---

[3] As noted above, Plaintiff originally identified Chevron Phillips Chemical Co., LLC as her employer and the only named defendant in this case, but subsequently filed an Amended Petition adding Chevron Phillips Chemical Company LP as a defendant and dropping Chevron Phillips Chemical Co., LLC as a named defendant, which effectively dismissed Chevron Phillips Chemical Co., LLC from the lawsuit. *See Chamberlain v. McReight*, 713 S.W.2d 372, 373 (Tex.App.—Beaumont 1986, writ ref'd n.r.e.); *Evans v. Hoag*, 711 S.W.2d 744, 746 (Tex.App.—Houston [14th Dist.] 1986, writ ref'd n.r.e.); Tex. R. Civ. P. 65, 79.  Thus, Chevron Phillips Chemical Company LP is the only defendant in this action at this time and there are no other defendants from whom consent is required.

Respectfully submitted,

*/s/ Marlene C. Williams*
Marlene C. Williams – Attorney in Charge
Federal Bar No. 22824
State Bar No. 24001872
Brooke Jones
Federal Bar No. 3342076
Texas Bar No. 24107537
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
500 Dallas Street, Suite 3000
Houston, Texas   77002
Telephone (713) 655-0855
Fax (713) 655-0020
marlene.williams@ogletree.com
brooke.jones@ogletreedeakins.com

**ATTORNEYS FOR DEFENDANT**

# CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2022, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Texas – Houston Division, using the electronic case files system of the court. The electronic case files system sent a "Notice of Electronic Filing" to the following CM/ECF participants:

Marcos D. De Hoyos
Rob Wiley, P.C.
1651 Richmond Ave.
Houston, Texas 77006
mdehoyos@robwiley.com

**ATTORNEY FOR PLAINTIFF**

*/s/ Marlene C. Williams*
Marlene C. Williams

4

52750170.v2-OGLETREE